```
                                                                    FILED
                                                              January 04, 2010
                                                              CLERK, U.S. BANKRUPTCY COURT
                                                              EASTERN DISTRICT OF CALIFORNIA
                                                                    D54
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | John Michael McCoy and Christine Michelle McCoy | **Case No :** | 09-30426 - D - 13L |
| | | **Date :** | 12/29/09 |
| | | **Time :** | 10:00 |
| **Matter :** | [50] – Motion/Application to Dismiss Case for Failure to Make Plan Payments [NLE-2] Filed by Trustee Lawrence J. Loheit (avos) <br> [50] – Motion/Application to Dismiss Case/Proceeding [NLE-2] Filed by Trustee Lawrence J. Loheit (avos) | | |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Nancy Williams | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
　　　　Neil Enmark (for the Trustee)
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted and the case is dismissed.


Dated: January 01, 2010


_____
Robert S. Bardwil, Judge
United States Bankruptcy Court